IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–21–M–DLC–4 |
| Plaintiff, | ORDER |
| vs. | |
| NATASHA OAKLEY, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on February 29, 2016. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Natasha Oakley's guilty plea after Oakley appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of conspiracy to acquire or obtain

1

possession of a controlled substance by deception, in violation of 21 U.S.C. §§ 843(a)(3) and 846 (Count III), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts IV-VI of the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 86), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Natasha Oakley's motion to change plea (Doc. 68) is GRANTED and Natasha Oakley is adjudged guilty as charged in Count III of the Indictment.

DATED this 22nd day of March, 2016.

Dana L. Christensen, Chief District Judge
United States District Court